# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EDWARD WILSON KYTTLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-02052-KOB-JHE |
| THEODORE R. SMART, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 25, 2020, recommending this action be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b). (Doc. 12). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action will be dismissed with prejudice.

The court will enter a separate Final Order.

DONE AND ORDERED this 22nd day of October, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE